WINIFRED COLLINS, as Executrix of LAWRENCE COLLINS, Deceased, Appellant, *v.* NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Respondent.

*Collins* v. *N. Y., Chicago & St. Louis R. R. Co.,* 92 Hun, 563, affirmed. (Argued October 11, 1897; decided October 26, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered January 30, 1896, which affirmed a judgment in favor of defendant entered upon a nonsuit at the Erie Circuit.

*Frank Brundage* for appellant.

*John G. Milburn* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

FREDRIKA F. MUNN, Appellant, *v.* ERNEST M. MUNN, Respondent.

(Argued October 11, 1897; decided October 26, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 20, 1896, which affirmed a judgment in favor of defendant entered upon the report of a referee dismissing the complaint upon the merits.

*William Pierrepont Williams* for appellant.

*John S. Davenport* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.